but the question was not raised by the employer or insurance carrier at any hearing. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Judicial Settlement of the Account of ORLIFF T. HEATH, as Executor, etc., of SALLY A. RUSHMORE, Also Known as SALLIE A. RUSHMORE, Deceased.— Decree unanimously affirmed, with separate bills of costs to each respondent against the appellant, The Home for Aged Women in Greene County. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Application of INTERNATIONAL RAILWAY COMPANY, Petitioner, for a Certiorari Order Directed to WILLIAM A. PRENDERGAST and Others, as and Constituting the Public Service Commission of the State of New York. CITY OF BUFFALO, Intervenor.— Determination unanimously confirmed, with fifty dollars costs and disbursements. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Judicial Settlement of the Accounts of SAMUEL P. WRIGHT and Another, as Administrators, etc., of ARTHUR WILLETT, Deceased. ROBERT WRIGHT, Claimant, Appellant.— Final orders unanimously affirmed, without costs. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of ANGELA B. PANTALENA, Respondent, against BUFFALO UNION FURNACE COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of PETER KELLER, Appellant, against THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed, without costs. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of PETER MEERBOTT, Respondent, against PRESS PUBLISHING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of WASYL PLHAN, Respondent, against JACOB DOLD PACKING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of IDA C. BENSON, Respondent, against CORNELL STEAMBOAT COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of HERMAN STERN, Respondent, against CONGREGATION AHAVATH ACHIM and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial